UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Easton Fields**, <br><br> Plaintiff, <br><br> v. <br><br> **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, <br><br> Defendants. | Case No. 1 :26-cv-00139-TWP-MJD |

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT CREDIT KARMA**

NOTICE IS HEREBY GIVEN that Plaintiff Easton Fields and Defendant Credit Karma, LLC ("**Credit Karma**") (collectively, the "**Settling Parties**") have settled all claims between them in this matter. The Settling Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice as to Credit Karma within the next forty-five (45) days. The Settling Parties jointly request that the Court vacate all pending deadlines and hearings in this matter as to Credit Karma. The Settling Parties also request that the Court retain jurisdiction for any matters related to completing and/ or enforcing settlement.

Respectfully submitted,

*For Plaintiff:*

<u>*/s/Guerino Cento*</u>
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Credit Karma:*

<u>*/s/ Shannon O'Connell Egan (with permission)*</u>
Shannon O'Connell Egan (31954-29)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8261
Fax: (513) 977-8141
Email: shannon.egan@dinsmore.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on the 9th day of April, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/Guerino Cento*
Guerino Cento