UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Easton Fields**, | Case No. 1:26-cv-00139-TWP-MJD |
| Plaintiff, | |
| v. | |
| **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, | |
| Defendants. | |

## PLAINTIFF'S STATEMENT OF SPECIAL DAMAGES

Plaintiff, Easton Fields, hereby submits the following statement of special damages:

1.   Mailing Expenses = $200

2.   Time Disputing Inaccuracies = $2,900

3.   Costs, attorney fees, litigation expenses, and prejudgment interest associated with the present cause of action which cannot yet be fully determined as this action has not yet been resolved by a final judgment.

1

4. Damages for emotional distress and other items of actual damages which are undetermined and can only be assessed by the finder of fact in the above-referenced matter.

5. Punitive damages which have yet to be determined.

Respectfully submitted,

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
(317) 908-0678
cento@centolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, the foregoing document was filed via the Court's CM/ECF system, which will send notification of filing to all counsel of record.

*s/Guerino Cento*