**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

EASTON FIELDS,

        Plaintiff,

    v.

TRANS UNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; CREDIT KARMA; CAPITAL ONE;
DISCOVER BANK; JP MORGAN CHASE
BANK; and WELTMAN, WEINBERG, AND
REIS,

        Defendants.

Case No. 1:26-cv-00139-TWP-MJD

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED**
**MOTION TO EXCUSE CORPORATE OFFICER ATTENDANCE REQUIREMENT**

Defendant Equifax Information Services LLC ("Equifax"), by its undersigned counsel, files this Motion to Excuse Corporate Officer Attendance Requirement at the Zoom Settlement Conference scheduled for August 7, 2026 at 9:00 a.m. EDT before Magistrate Judge Mark J. Dinsmore. In support thereof, Equifax states as follows:

1.      On April 22, 2026, the Court entered an Order setting a Settlement Conference in this case for August 7, 2026 at 9:00 a.m. EDT. *See* ECF No. 51. The Order provides that "clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel." *Id.* The stated purpose of this requirement is "to have in attendance a representative who has the authority to exercise discretion to settle the case during the settlement conference without consulting someone else who is not present." *Id.*

Block DocID

2.      The Order also requires the attendance of "an officer (President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity that is a party" unless excused by written order of the Court. *Id.*

3.      Equifax respectfully requests this Court excuse Equifax from the corporate officer attendance requirement. Alternatively, both Equifax's counsel, and a representative of Equifax who will be both familiar with these proceedings and vested with **full** authority to reach a binding settlement in this matter, up to the Plaintiff's latest demand, without the need to consult with anyone not present. This representative will be one who routinely appears and settles cases at settlement conferences in similar matters without another Equifax employee or officer present.

4.      Equifax respectfully requests that the Court dispense with its requirement of the attendance of a corporate officer. Equifax will have counsel and a representative whose participation will enable Equifax to meaningfully engage in settlement discussions and make its best efforts to achieve an amicable resolution of this case, without any delay or disruption to the settlement conference.

5.      Equifax's request is made in good faith and not for any improper purpose. Further, no party will be prejudiced by granting Equifax's request.

6.      Plaintiff's counsel and counsel for co-Defendants do not oppose this request.

WHEREFORE, Equifax respectfully requests that the Court excuse the attendance of a corporate officer at the upcoming settlement conference.

Block DocID

DATED:  May 6, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Sylas Kern*
    Sylas Kern, Bar No. 37288-10
    skern@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive
    Suite 8000
    Chicago, Illinois  60606-6448
    Telephone:  (312) 460-5413
    Facsimile:  (312) 460-7000

    *Counsel for Defendant*
    *Equifax Information Services LLC*

3

Block DocID

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I presented the foregoing DEFENDANT EQUIFAX

INFORMATION SERVICES LLC'S UNOPPOSED MOTION TO EXCUSE CORPORATE

OFFICER ATTENDANCE REQUIREMENT with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to all counsel of record.


*/s/ Sylas Kern*
Sylas Kern
*Counsel for Defendant*
*Equifax Information Services LLC*

Block DocID