**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| EASTON FIELDS, | Case No. 1:26-cv-00139-TWP-MJD |
| Plaintiff, | Hon. District Judge Tanya Walton Pratt |
| v. | Hon. Magistrate Judge Mark J. Dinsmore |
| TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CREDIT KARMA; CAPITAL ONE; DISCOVER BANK; JPMORGAN CHASE BANK; and WELTMAN, WEINBERG, and REIS, | |
| Defendants. | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to S. D. Ind. Local Rule 83-6(a), Timothy D. Lanzendorfer respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Experian Information Solutions, Inc., in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (i.e., currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): State of Ohio (2022); the United States Court of Appeals for the Sixth Circuit (2024); and the United States District Court for the Southern District of Ohio (2024).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear pro hac vice for purposes of this cause only

Dated: May 6, 2026                          Respectfully submitted,

/s/ *Timothy D. Lanzendorfer*
Timothy D. Lanzendorfer
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215
Tel: 614.281.3076
Fax: 614.461.4198
E-mail: tlanzendorfer@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Timothy D. Lanzendorfer*
Timothy D. Lanzendorfer

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| EASTON FIELDS, | Case No. 1:26-cv-00139-TWP-MJD |
| Plaintiff, | Hon. District Judge Tanya Walton Pratt |
| v. | Hon. Magistrate Judge Mark J. Dinsmore |
| TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CREDIT KARMA; CAPITAL ONE; DISCOVER BANK; JPMORGAN CHASE BANK; and WELTMAN, WEINBERG, and REIS, | |
| Defendants. | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion for Timothy D. Lanzendorfer, counsel for Experian Information Solutions, Inc., to be grated leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Timothy D. Lanzendorfer
Ohio Bar. No. 102249
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Telephone: (614) 281-3076
Email: tlanzendorfer@jonesday.com

_____
Honorable Mark J. Dinsmore
United States Magistrate Judge

Distribution list:

To all registered counsel by CM/ECF