**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| EASTON FIELDS, | Case No. 1:26-cv-00139-TWP-MJD |
| Plaintiff, | Hon. District Judge Tanya Walton Pratt |
| v. | Hon. Magistrate Judge Mark J. Dinsmore |
| TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CREDIT KARMA; CAPITAL ONE; DISCOVER BANK; JPMORGAN CHASE BANK; and WELTMAN, WEINBERG, and REIS, | |
| Defendants. | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**PRELIMINARY FACT WITNESS AND EXHIBIT LIST**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, hereby submits the following Preliminary Fact Witness and Exhibit List:

**PRELIMINARY FACT WITNESS LIST**

1. Plaintiff Easton Fields;

2. Dionne Fields;

3. Representatives of Experian Information Solutions, Inc.;

4. Representatives of Capital One, N.A.;

5. Representatives of JPMorgan Chase Bank;

6. Any and all witnesses that participated in the drafting and sending of Plaintiff Easton Fields' dispute to Experian Information Solutions, Inc.;

7. Any and all witnesses identified by any party;

8. Any and all witnesses required to establish an evidentiary foundation for any exhibit;

9.    All persons disclosed during the discovery process;

10.   Any and all rebuttal or impeachment witnesses.

Experian reserves the right to supplement its Witness List.

## **PRELIMINARY EXHIBIT LIST**

1.    Experian's records concerning Plaintiff and Plaintiff's consumer file;

2.    Experian's policies and procedures relating to Plaintiff's claims;

3.    Initial disclosures of any party;

4.    Discovery responses of any party;

5.    Exhibits identified and/or produced by any other party;

6.    Any and all demonstrative exhibits;

7.    Any and all rebuttal exhibits.

Experian reserves the right to supplement its Exhibit List, as discovery remains ongoing.

Dated: May 6, 2026

Respectfully submitted,

/s/ *Monica S. McCoskey*
Monica S. McCoskey (IN 36892-53)
Anne L. Cowgur (IN 21584-49)
PAGANELLI LAW GROUP
10401 N. Meridian St., Suite 450
Indianapolis, IN  46290
Tel: 317.550.1855
Fax: 317.569.6016
E-mail: acowgur@paganelligroup.com
        monica@paganelligroup.com

Timothy D. Lanzendorfer
(*Pro Hac Vice pending*)
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH  43215
Tel: 614.281.3076
Fax: 614.461.4198
E-mail: tlanzendorfer@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I caused the foregoing **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S PRELIMINARY FACT WITNESS AND EXHIBIT LIST** to be filed electronically with the Clerk of Court. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Monica S. McCoskey*
Monica S. McCoskey