UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EASTON FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00139-TWP-MJD |
| | ) | |
| TRANS UNION, LLC, | ) | |
| EQUIFAX INFORMATION SERVICES,  LLC, | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC, | ) | |
| CREDIT KARMA, | ) | |
| CAPITAL ONE, | ) | |
| DISCOVER BANK, | ) | |
| JP MORGAN CHASE BANK, | ) | |
| WELTMAN, WEINBERG, AND REIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Timothy D. Lanzendorfer to

appear and participate *pro hac vice* as counsel for Defendant Experian Information Solutions in

the above-captioned cause only. [Dkt. 58.]  The Court, being duly advised, hereby **GRANTS** the

Motion.

Applicant's contact information has been entered as follows:

Timothy Lanzendorfer
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215
614-281-3076
Email: tlanzendorfer@jonesday.com

SO ORDERED.

Dated:  6 MAY 2026

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.