**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

EASTON FIELDS,
                  Plaintiff,

        vs.

TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES,
LLC; CREDIT KARMA; CAPITAL ONE;
DISCOVER BANK; and JP MORGAN
CHASE BANK;
                  Defendants.

CASE NO:  1:26-cv-00139-TWP-MJD

Judge Tanya Walton Pratt
Magistrate Judge Mark J. Dinsmore

---

**TRANS UNION, LLC'S PRELIMINARY FACT WITNESS & EXHIBIT LIST**

---

Defendant Trans Union, LLC ("Trans Union"), in accordance with the Court's January 7, 2026 Case Management Plan [Doc. No. 36], submits its Witness and Exhibit List.

**PRELIMINARY FACT WITNESS LIST**

1.      Don Wagner, Trans Union, Crum Lyne, PA, c/o counsel for Trans Union.

2.      Plaintiff Easton Fields, c/o counsel for Plaintiff.

3.      Any other family members of Plaintiff; contact information unknown at this time.

4.      Representatives of any entity that Plaintiff alleges received Plaintiff's credit report or with which Plaintiff alleges to have applied for credit; contact information unknown at this time.

5.      Representatives of any entity from which Plaintiff claims she suffered negative credit related consequences; contact information unknown at this time.

6.      Representatives of any entity that Plaintiff alleges provided inaccurate information to Trans Union; contact information unknown at this time.

7.   Any and all witnesses identified by any party, including but not limited to those identified in Plaintiff's or Trans Union's Initial Disclosures and related supplements; see those documents for contact information.

8.   Any and all witnesses disclosed during the discovery process, including but not limited to those identified in Plaintiff's or Trans Union's discovery responses and related supplements; see those documents for contact information.

9.   Any and all witnesses required to establish an evidentiary foundation for any exhibit.

Trans Union reserves the right to supplement this Witness List as discovery continues and in accordance with the Court's orders.

## PRELIMINARY EXHIBIT LIST

1.   Trans Union's records regarding Plaintiff, including consumer disclosures reflecting Trans Union's reporting of the disputed information.

2.   Trans Union's policies and procedures relating to Plaintiff's claims, designed to ensure maximum possible accuracy of information it reports to third parties.

3.   Initial Disclosures of any party.

4.   Discovery responses of any party.

5.   Documents, photographs, or other information or exhibits identified and/or produced by any party (whether in discovery or otherwise in this case).

6.   Any and all exhibits identified by any party

7.   Exhibits prepared by the expert witnesses of any party.

8.   Contents of the files or records of Plaintiff's or any of Trans Union's expert or lay witnesses.

9.   Any and all demonstrative exhibits.

10.     Any and all rebuttal exhibits.

Trans Union reserves the right to supplement this Exhibit List as discovery continues and in accordance with the Court's orders.

Respectfully submitted,

*s/ Katherine Carlton Robinson*
Katherine Carlton Robinson, Esq. (#31694-49)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  317-954-0717
E-Mail:  katherine.carltonrobinson@transunion.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed via ECF on the **7th day of May, 2026**, and an electronic copy sent to all counsel of record.

*s/ Katherine Carlton Robinson*

Katherine Carlton Robinson, Esq. (#31694-49)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (317) 954-0717
E-Mail:  katherine.carltonrobinson@transunion.com

*Counsel for Defendant Trans Union, LLC*