**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

EASTON FIELDS,

        Plaintiff,

    v.

TRANS UNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; CREDIT KARMA; CAPITAL ONE;
DISCOVER BANK; JP MORGAN CHASE
BANK; and WELTMAN, WEINBERG, AND
REIS,

        Defendants.

Case No. 1:26-cv-00139-TWP-MJD

**EQUIFAX INFORMATION SERVICES LLC'S**
**PRELIMINARY WITNESS AND EXHIBIT LIST**

Equifax Information Services LLC ("Equifax") hereby submits its preliminary witness and

exhibit list as follows:

**PRELIMINARY WITNESS LIST**

1. Celestina Gobin or other designated representative of Equifax, c/o counsel for Equifax.

An Equifax representative is likely to have information regarding the policies, practices

and procedures of Equifax for maintaining credit files and reinvestigating consumer disputes,

Plaintiff's disputes, Equifax's reinvestigations of Plaintiff's disputes, the contents of Plaintiff's

credit files, and, after reviewing relevant documents, the facts at issue in this case.

2. Don Wagner or other designated representative of Trans Union LLC.

3. Easton Fields

Block DocID

Mr. Fields is a Plaintiff in this matter. Mr. Fields has knowledge of his credit history, the allegations contained in Plaintiff's Complaint, the events and circumstances giving rise to this lawsuit, any alleged denials of credit or other damages, and any communications with Equifax.

4. Dionne Fields

5. Any and all witnesses identified in Plaintiff's Preliminary Witness and Exhibit List.

6. Any and all witnesses identified in the preliminary witness and exhibit lists of all other co-Defendants.

7. Equifax further designates any witnesses identified by the Plaintiff and other defendants and reserves the right to supplement or amend its witness list as the parties engage in discovery.

## PRELIMINARY EXHIBIT LIST

1. Plaintiff's Equifax credit file, which includes, but is not limited to, dispute letters, ACIS cases, ACDVs, and disclosures.

2. Relevant portions of Equifax's applicable policy and procedure manuals, which help provide guidelines on how credit files and disputes are handled.

3. Initial disclosures of any party.

4. Discovery responses of any party.

5. Any and all demonstrative exhibits.

6. Any and all rebuttal exhibits.

7. Equifax further designates any exhibit identified by the Plaintiffs and other defendants and reserves the right to supplement or amend its witness list as the parties engage in discovery.

2

Block DocID

DATED:  May 11, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Sylas Kern*
  Sylas Kern, Bar No. 37288-10
  skern@seyfarth.com
  SEYFARTH SHAW LLP
  233 South Wacker Drive
  Suite 8000
  Chicago, Illinois  60606-6448
  Telephone:  (312) 460-5413
  Facsimile:  (312) 460-7000

  *Counsel for Defendant*
  *Equifax Information Services LLC*

3

Block DocID

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I presented the foregoing EQUIFAX INFORMATION SERVICES LLC'S PRELIMINARY WITNESS AND EXHIBIT LIST with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Sylas Kern*
Sylas Kern
*Counsel for Defendant*
*Equifax Information Services LLC*

Block DocID