**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| EASTON FIELDS | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-00139-TWP-MJD |
| v. | ) | |
| | ) | Honorable Tanya Walton Pratt |
| TRANS UNION, LLC; EQUIFAX | ) | |
| INFORMATION SERVICES, LLC; | ) | Magistrate Judge Mark J. Dinsmore |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC.; CREDIT KARMA; CAPITAL ONE; | ) | |
| DISCOVER BANK; JP MORGAN CHASE | ) | |
| BANK; WELTMAN, WEINBERG, AND REIS | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CAPITAL ONE N.A.'S PRELIMINARY LIST OF WITNESSES AND EXHIBITS**

Defendant Capital One, N.A., individually and as successor by merger to Discover

Bank, incorrectly named separately as "Capital One" and "Discover Bank," ("Capital One"),

by counsel, and pursuant to the Case Management Plan entered on April 22, 2026, (ECF No.

52), submits its preliminary list of witnesses and exhibits as follows:

**Witnesses**

1.      Plaintiff Easton Fields, c/o Cento Law, 5666 Carrollton Ave., Indianapolis, IN

46220.

2.      Dionne Fields, contact information currently unknown.

3.      Any other family members of Plaintiff, contact information currently

unknown.

4.      Representatives of Capital One, c/o Pilgrim Christakis LLP, One South

Dearborn Street, Suite 1420, Chicago, IL 60603.

5.      Representatives of Trans Union, LLC, c/o Katherine Carlton Robinson, 555 W.

Adams Street, Chicago, IL 60661.

6.      Representatives of Equifax Information Services, LLC, c/o Seyfarth Shaw LLP

233 S. Wacker Drive, Suite 8000, Chicago, IL 60606.

7.      Representatives of Experian Information Solutions, Inc., c/o Paganelli Law

Group, 10401 N. Meridian Street, Suite 450, Indianapolis, IN 46290.

8.      Representatives of Credit Karma, c/o Dinsmore & Shohl, LLP, 255 E. Fifth

Street, Suite 1900, Cincinnati, OH 45202.

9.      Representatives of JP Morgan Chase Bank, c/o Barnes & Thornburg, LLP, 11

S. Meridian Street, Indianapolis, IN 46204.

10.     Representatives of Weltman, Weinberg, and Reis, c/o Hinshaw & Culbertson,

151 N. Franklin Street, Suite 2500, Chicago, IL 60606.

11.     Any witness identified by Plaintiff or the other Defendnats.

12.     Any witness needed for rebuttal.

13.     Any witness needed to authenticate or admit into evidence any documents or

record in this case.

14.     Any expert or other witness that can be expected to be called by Plaintiff.

15.     Any expert or other witness subsequently disclosed through ongoing

discovery.

## Exhibits

Based on the information known at the time of these disclosures, Capital One

identifies the following potential exhibits:

1.      Documents pertaining to Plaintiff's Capital One and Discover accounts

alleged in the Complaint.

2

2.      Any and all documents produced in discovery by any party or non-party in this case.

3.      Any and all documents produced in response to any subpoena served in connection with this case.

4.      Any and all documents related to Plaintiff's credit reports or consumer disclosures which are the subject of the Complaint.

5.      Any and all documents related to Plaintiff's alleged damages.

6.      Any and all documents attached as exhibits to any pleading filed by any party in this case.

7.      All exhibits listed or produced by Plaintiff's.

8.      Any depositions or other recorded statements obtained by any party bearing on the claims asserted by Plaintiff in this case.

9.      All deposition transcripts and documents marked as exhibits at any deposition taken in connection with this case.

10.     Any expert reports prepared in connection with this case.

11.     All necessary rebuttal exhibits.

12.     Any exhibits discovered through discovery after the date of this Exhibit List.

Investigation and discovery are ongoing and may lead to the identification of additional witnesses and/or exhibits that Capital One may use at trial. Capital One reserves the right to amend and/or supplement this list consistent with the Federal Rules of Civil Procedure and the Case Management Plan as more information becomes available.

3

Dated: May 11, 2026                          Respectfully submitted,

                                             CAPITAL ONE, N.A.

                                             By: /s/ Nicholas Vera
                                                 One of its attorneys

Jeffrey D. Pilgrim
Nicholas Vera
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Ph. (312) 939-0923
Fax (312) 939-0983
jpilgrim@pilrgrimchristakis.com
nvera@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

I, Nicholas Vera, an attorney, certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                             /s/ Nicholas Vera