**IN THE UNITED STATES DISTRICT COURT**
**FOR SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| EASTON FIELDS, | ) |
| | ) No. 1:26-cv-00139-TWP-MJF |
| Plaintiff, | ) |
| | ) Judge Tanya Walton Pratt |
| v. | ) Magistrate Judge Mark J. Dinsmore |
| | ) |
| TRANS UNION LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CREDIT KARMA, LLC'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS**

Defendant Credit Karma, LLC, through counsel, and pursuant to Local Rule 6-1(c), respectfully requests an extension of time of thirty (30) days, up to and including Tuesday, June 23, 2026, to submit dismissal documents. In support of this Motion, Credit Karma, LLC, states as follows:

1.      On April 9, 2026, Plaintiff Easton Fields and Credit Karma, LLC, filed a Joint Notice of Settlement. [Doc. 45.]

2.      On April 9, 2026, this Court entered an order vacating all dates as to Credit Karma, LLC, and ordered the parties to file the appropriate dismissal documents on or before Monday, May 25, 2025, which time has not yet passed. [Doc. 46.]

3.      The parties require additional time to finalize and execute the appropriate dismissal documents.

4.      For these reasons, the parties request a thirty (30) day extension of time to file the appropriate dismissal documents, up to and including Tuesday, June 23, 2026.

5.      Counsel for Plaintiff Easton Fields does not oppose this Motion.

1

WHEREFORE, Defendant Credit Karma, LLC respectfully requests that this Court extend the time for Plaintiff Easton Fields and Defendant Credit Karma, LLC to file the appropriate dismissal documents, up to and including Tuesday, June 23, 2026.

Dated: May 21, 2026

Respectfully submitted,

/s/ *Shannon O'Connell Egan*
Shannon O'Connell Egan (31954-29)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8261
Fax: (513) 977-8141
Email: shannon.egan@dinsmore.com
*Attorneys for Defendant Credit Karma, LLC*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2026, a copy of the foregoing *Unopposed Motion For Extension Of Time To File Dismissal Documents* was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's e-filing system.

/s/ *Shannon O'Connell Egan*
Shannon O'Connell Egan (31954-29)

2