UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Easton Fields**, <br><br> Plaintiff, <br><br> v. <br><br> **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, <br><br> Defendants. | Case No. 1:26-cv-00139-TWP-MJD |

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT EXPERIAN**

NOTICE IS HEREBY GIVEN that Plaintiff Amber Johnson and Defendant Experian Information Solutions, Inc. ("**Experian**") (collectively, the "**Settling Parties**") have settled all claims between them in this matter. The Settling Parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice as to Experian within the next forty-five (45) days. The Settling Parties jointly request that the Court vacate all pending deadlines and hearings in this matter as to Trans Union. The Settling Parties also request that the Court retain jurisdiction for any matters related to completing and/ or enforcing settlement.

Respectfully submitted,

*For Plaintiff:*

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Experian:*

*/s/Timothy D. Lanzendorfer (with permission)*
Timothy D. Lanzendorfer
JONES Day
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Office 614.281.3076
tlanzendorfer@jonesday.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on the 14th day of May, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

/s/Guerino Cento
Guerino Cento