UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EASTON FIELDS,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        No. 1:26-cv-00139-TWP-MJD
                                        )
TRANS UNION, LLC, et al.,               )
                                        )
                Defendants.             )

**MINUTE ENTRY FOR MAY 22, 2026**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference.  The parties

discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Thursday, July 2, 2026 at**

**1:00 p.m. (Eastern)** to discuss case status, as well as the parties' readiness for the upcoming

settlement conference.  Counsel shall attend the status conference by calling the designated

telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  26 MAY 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.