UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EASTON FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:26-cv-00139-TWP-MJD |
| ) | |
| TRANS UNION, LLC, ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC, ) | |
| CREDIT KARMA, ) | |
| CAPITAL ONE, ) | |
| DISCOVER BANK, ) | |
| JP MORGAN CHASE BANK, ) | |
| WELTMAN, WEINBERG, AND REIS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendant Credit Karma, LLC's Unopposed Motion

for Extension of Time to File Dismissal Documents. [Dkt. 67.]  The Court, being duly advised,

hereby **GRANTS** the motion.  On or before June 23, 2026, counsel for the parties shall file a

motion to dismiss this cause **ONLY** as to Defendant Credit Karma, LLC and submit an order for

the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent

with the agreement of the parties).

SO ORDERED.

Dated:  27 MAY 2026

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.