UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EASTON FIELDS,                                    )
                                                  )
                        Plaintiff,                )
                                                  )
            v.                                    )      No. 1:26-cv-00139-TWP-MJD
                                                  )
TRANS UNION, LLC,                                 )
EQUIFAX INFORMATION SERVICES,   LLC,              )
EXPERIAN INFORMATION SOLUTIONS, INC,              )
CREDIT KARMA,                                     )
CAPITAL ONE,                                      )
DISCOVER BANK,                                    )
JP MORGAN CHASE BANK,                             )
WELTMAN, WEINBERG, AND REIS,                      )
                                                  )
                        Defendants.               )

**ORDER DIRECTING FILING OF DOCUMENTS AUTHORIZING DISMISSAL**

The Court has been advised by counsel that a resolution has been reached in this action **ONLY** as to Defendant Experian Information Solutions, Inc.   Therefore, all pending motions with regard to Defendant Experian Information Solutions, Inc., if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED** only to the extent they relate to Defendant Experian Information Solutions, Inc.

**Within forty-five (45) days of the date of this entry**, counsel for the parties shall file a motion to dismiss this cause **ONLY** as to Defendant Experian Information Solutions, Inc. and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of

dismissal (consistent with the agreement of the parties).   Additional time to complete the execution of the necessary documents may be granted for good cause shown, if requested in writing before expiration of this period.

SO ORDERED.

Dated:   28 MAY 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.