UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| **Easton Fields**, | Case No. 1:26-cv-00139-TWP-MJD |
| Plaintiff, | |
| v. | |
| **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, | |
| Defendants. | |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff, Easton Fields ("Plaintiff"), by counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves for leave to file a Second Amended Complaint and states as follows:

1. Plaintiff commenced this action alleging violations of the Fair Credit Reporting Act arising from Defendants' reporting and verification of fraudulent accounts and other inaccurate information resulting from identity theft.

2. Pursuant to the Court's Case Management Plan, the deadline to amend pleadings is today.

3. On May 21, 2026, Plaintiff applied for a mortgage loan through First Merchants Bank and discovered that the fraudulent JPMorgan Chase and Discover accounts remained on his credit files when the lender obtained his consumer reports from the CRA Defendants or applicable reseller.

4. Plaintiff further learned that, as a result of the continued reporting of those accounts, his mortgage application has been halted, and he has thus far been unable to obtain approval.

5. These allegations are set forth in the proposed First Amended Complaint attached hereto as **Exhibit A**.

6. Plaintiff acted diligently upon learning these facts. Counsel informed opposing counsel of Plaintiff's intent to amend on the first business day following receipt of the information and requested consent to the amendment.

7. As of the filing of this Motion, Plaintiff has not received a response to that request.

8. The proposed amendment is sought in good faith and is not the product of undue delay.

9. The amendment will not prejudice Defendants. Discovery remains ongoing, and the proposed amendment merely adds recently discovered factual allegations concerning damages and the continuing consequences of the conduct already at issue in this litigation.

2

10. The amendment does not add new causes of action and does not fundamentally alter the nature of the case.

11. Plaintiff has previously settled with and/or dismissed Defendants Trans Union, Experian, Credit Karma, and Weltman, Weinberg & Reis.

12. Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be freely given when justice so requires.

13. Under the circumstances presented here, justice favors permitting amendment so that the pleadings accurately reflect the facts presently known to Plaintiff and so that the case may be decided on its merits.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the proposed and attached First Amended Complaint, direct the Clerk to docket Exhibit A as the operative complaint upon entry of the Court's order, and grant all other just and proper relief.

Respectfully submitted,

*/s/ Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, Indiana 46220
(317) 908-0678
cento@centolaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on the 29th day of May, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

/s/Guerino Cento
Guerino Cento