UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Easton Fields**, | Case No. 1:26-cv-00139-TWP-MJD |
| Plaintiff, | |
| v. | |
| **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, | |
| Defendants. | |

## PLAINTIFF'S PRELIMINARY WITNESS LIST

Plaintiff hereby submits his Preliminary Witness List based on the information currently and reasonably available to Plaintiff. Plaintiff's discovery and investigation are ongoing. Plaintiff reserves the right to supplement, amend, or correct this information in accordance with Federal Rule of Civil Procedure 26(e).

## WITNESS LIST

1.    Easton Fields

2.    MacKenzie Fields

3.    Dionne Fields

4.    As yet unidentified representatives of Capital One; Discover Bank;

JPMorgan Chase Bank; Weltman, Weinberg, and Reis; and Credit Karma,

1

knowledgeable about the tradelines and collections inaccurately reported to Plaintiff's credit file and their investigations of Plaintiff's disputes.

5. As yet unidentified representatives of Trans Union knowledgable about Plaintiff's credit file, their reporting of credit information regarding Plaintiff, credit reporting guidelines, and any inquiry posted to Plaintiff's credit file.

6. As yet unidentified representatives of Equifax knowledgable about Plaintiff's credit file, their reporting of credit information regarding Plaintiff, credit reporting guidelines, and any inquiry posted to Plaintiff's credit file.

7. As yet unidentified representatives of Experian knowledgable about Plaintiff's credit file, their reporting of credit information regarding Plaintiff, credit reporting guidelines, and any inquiry posted to Plaintiff's credit file.

8. As yet unidentified representatives of Rocket Mortgage, knowledgeable Plaintiff's applications for credit.

Respectfully submitted,

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
(317) 908-0678
cento@centolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, the foregoing document was filed via the Court's CM/ECF system, which will send notification of filing to all counsel of record.

*s/Guerino Cento*