UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Easton Fields**, | Case No. 1:26-cv-00139-TWP-MJD |
| Plaintiff, | |
| v. | |
| **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, | |
| Defendants. | |

## PLAINTIFF'S PRELIMINARY EXHIBIT LIST

Plaintiff hereby submits his Preliminary Exhibit List based on the information currently and reasonably available to Plaintiff. Plaintiff's discovery and investigation are ongoing. Plaintiff reserves the right to supplement, amend, or correct this information in accordance with Federal Rule of Civil Procedure 26(e).

### EXHIBIT LIST

1. Consumer reports about Plaintiff prepared by any consumer reporting agency or its subscribers.

2. Consumer disclosures of Plaintiff's credit files prepared by any consumer reporting agency.

1

3. Correspondence between Plaintiff and Defendants related to Plaintiff's credit files or the tradelines, collection accounts, and public records at issue in this case.

4. Electronically stored information possessed by Defendants regarding Plaintiff's credit file.

5. Applications for credit submitted by Plaintiff and documents related thereto.

6. Correspondence and documents in the possession of Defendants regarding their policies and procedures assuring maximum possible accuracy, including for matching credit information to Plaintiff's credit file, investigating claims of fraud, identity theft, and/or account takeover, and for processing disputes made by Plaintiff pursuant to Section 1681i of the FCRA.

7. Defendants' policies and procedures regarding compliance with Section 1681e(b).

8. Defendant's policies and procedures regarding compliance with Section 1681g.

9. Defendant's policies and procedures regarding compliance with Section 1681c-2.

10. Defendant's policies and procedures regarding compliance with Section 1681s-2(b).

11. Documents related to e-OSCAR.

12. Documents related to the CDIA, including the applicable Credit Reporting Resource Guide and Metro 2 guidelines.

13. Documents produced or exhibits identified by any Defendant.

14. Documents produced in response to any third party subpoena.

15. As yet, unidentified documents in the possession of any consumer reporting agency or furnisher related to Plaintiff's credit files or disputes made by Plaintiff pursuant to Section 1681i of the FCRA.

16. As yet, unidentified documents in the possession of any consumer reporting agency or furnisher related to Plaintiff's credit files or disputes made by Plaintiff pursuant to Section 1681s-2(b) of the FCRA.

17. As yet, unidentified documents in the possession of any consumer reporting agency or furnisher related to how, when, and by whom each of the accounts at issue in this case were opened.

18. All pleadings in this case.

Respectfully submitted,

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
(317) 908-0678
cento@centolaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, a copy of the foregoing was served via ECF to all counsel of record.

_s/Guerino Cento_