UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Easton Fields**, <br><br> Plaintiff, <br><br> v. <br><br> **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, <br><br> Defendants. | Case No. 1:26-cv-00139-TWP-MJD |

**PLAINTIFF'S MOTION TO WITHDRAW NOTICE OF SETTLEMENT**

Plaintiff, Easton Fields ("Plaintiff"), by counsel, respectfully moves to withdraw an inadvertently filed Notice of Settlement (Doc. 75) and states as follows:

1.  On June 3, 2026, Plaintiff's counsel inadvertently filed in this case a Notice of Settlement as to Equifax.

2.  However, that Notice of Settlement was meant to be filed in another matter, *Lanase v. Trans Union, et al*.

WHEREFORE, Plaintiff respectfully requests that the Court withdraw the Notice of Settlement from the docket in this case, and grant all other just and proper relief.

Respectfully submitted,

*/s/ Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, Indiana 46220
(317) 908-0678
cento@centolaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on the 3rd day of June, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/Guerino Cento*
Guerino Cento