UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EASTON FIELDS,                                          )
                                                       )
                              Plaintiff,               )
                                                       )
              v.                                        )          No. 1:26-cv-00139-TWP-MJD
                                                       )
TRANS UNION, LLC,                                      )
EQUIFAX INFORMATION SERVICES,  LLC,                    )
EXPERIAN INFORMATION SOLUTIONS, INC,                  )
CREDIT KARMA,                                          )
CAPITAL ONE,                                           )
DISCOVER BANK,                                         )
JP MORGAN CHASE BANK,                                 )
WELTMAN, WEINBERG, AND REIS,                          )
                                                       )
                              Defendants.              )

**ORDER**

This matter comes before the Court on Defendant Equifax Information Services, LLC's

Motion to Excuse Attendance of Corporate Officer at Settlement Conference.  [Dkt. 57.] The

motion seeks relief from the Court's requirement that "unless excused by written order of the

court,…an officer (President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every

corporate entity that is a party, shall attend the settlement conference."  [Dkt. 51 at 2.]  That

motion is **GRANTED IN PART** and **DENIED IN PART**.  Defendant Equifax Information

Services, LLC is excused from having an officer of the corporation present during the course of

the telephonic settlement conference, so long as the following conditions are satisfied:  (1)

Defendant Equifax Information Services, LLC must be represented, in person, at the settlement

conference by an individual, other than its counsel of record in this case, with the complete,

independent and discretionary authority to settle the case, in the representative's sole discretion,

for an amount up to the Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 51 at 1-2 & n.1]; (2) an individual must be present, in person, for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendant Equifax Information Services, LLC, which individual may be its counsel of record; and (3) either the chief executive officer, the chief financial officer, or the chief operating officer of Defendant Equifax Information Services, LLC must be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge.  In the event Defendant Equifax Information Services, LLC cannot or will not comply with the above stated conditions, then its motion is denied.

      SO ORDERED.

Dated:  8 JUN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.