UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EASTON FIELDS,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      No. 1:26-cv-00139-TWP-MJD
                                        )
TRANS UNION, LLC, et al.,               )
                                        )
            Defendants.                 )

## ORDER

On June 3, 2026, Plaintiff Easton Fields inadvertently filed a Notice of Settlement that was meant to be filed in a different case, and then moved to withdraw that Notice.  [Dkt. 76.] The Motion to Withdraw is **GRANTED**, and the **Clerk is directed** to show the Notice of Settlement, [Dkt. 75], as **WITHDRAWN**.

SO ORDERED.

Dated:  8 JUN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email