UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EASTON FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00139-TWP-MJD |
| | ) | |
| TRANS UNION, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO FILE FIRST AMENDED COMPLAINT**

On May 29, 2026, Plaintiff Easton Fields moved for leave to file an amended complaint. [Dkt. 72.]  The proposed amended complaint would not add new parties or new causes of action, and the motion to amend was timely filed under the case management plan.  *Id.* at ¶ 10. Defendants have not filed a response, and the time to do so has passed.  S.D. Ind. Local R. 7-1(c)(3)(A).  The Court freely grants timely motions for leave to amend the pleadings "when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Accordingly, the motion to amend is **GRANTED**.

The proposed amended complaint names the entity Weltman, Weinberg, and Reis ("Weltman") as a Defendant, but the claims against Weltman were previously dismissed without prejudice.  [Dkt. 42.] The proposed amended complaint also names Credit Karma, Trans Union, and Experian as Defendants.  These three Defendants have settled with Plaintiff, and the Court has set deadlines for the Parties to file dismissal documents within the next four weeks. [Dkts. 66, 70, 71.]  This Order does not alter or amend the Parties' deadlines to file those dismissal documents.

Plaintiff is **ORDERED** to file the Amended Complaint on or before **June 18, 2026**.  The Amended Complaint should only name Defendants against whom Plaintiff wishes to bring claims.  If Plaintiff does not intend to bring claims against Weltman, then the Amended Complaint should not name Weltman as a Defendant.  The Amended Complaint may name Defendants who have already settled with Plaintiff but who have not yet been dismissed from this lawsuit (*i.e.* Trans Union, Experian, and Credit Karma).

SO ORDERED.

Dated:  15 JUN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email