United States District Court
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| **Easton Fields**, | Case No. 1 :26-cv-00139-TWP-MJD |
| Plaintiff, | |
| v. | |
| **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, | |
| Defendants. | |

### STIPULATION OF DISMISSAL
### AS TO TRANS UNION

Plaintiff Easton Fields and Defendant Trans Union, LLC ("**Trans Union**"),

by and through undersigned counsel, hereby stipulate that this action and all claims

asserted therein be dismissed with prejudice as to Trans Union, pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii). By agreement, each party is to bear its own fees and costs.

Respectfully submitted,

*For Plaintiff:*

*/s/Guerino Cento*
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Trans Union:*

*/s/Katherine Carlton Robinson (with permission)*
Katherine Carlton Robinson, Esq.
(#31694-49)
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
317-954-0717
katherine.carltonrobinson@transunion.com

SO ORDERED:

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on June 18, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

/s/Guerino Cento
Guerino Cento