United States District Court
Southern District of Indiana
Indianapolis Division

**Easton Fields**,

        Plaintiff,

    v.

**Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**,

        Defendants.

Case No. 1 :26-cv-00139-TWP-MJD

**STIPULATION OF DISMISSAL
AS TO EXPERIAN**

Plaintiff Easton Fields and Defendant Experian Information Solutions, Inc. ("**Experian**"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Experian, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). By agreement, each party is to bear its own fees and costs.

Respectfully submitted,

*For Plaintiff:*

<u>/s/Guerino Cento</u>
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Experian:*

<u>/s/Timothy D. Lanzendorfer (with permission)</u>
Timothy D. Lanzendorfer
JONES Day
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Office 614.281.3076
tlanzendorfer@jonesday.com


SO ORDERED:


_____

United States District Judge

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed electronically on June 18, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

/s/Guerino Cento
Guerino Cento

3