United States District Court
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| **Easton Fields**,<br><br>      Plaintiff,<br><br>   v.<br><br>**Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**,<br><br>      Defendants. | Case No. 1 :26-cv-00139-TWP-MJD |

## STIPULATION OF DISMISSAL
## AS TO CREDIT KARMA

Plaintiff Easton Fields and Defendant Credit Karma ("**Credit Karma**"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Credit Karma, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). By agreement, each party is to bear its own fees and costs.

Respectfully submitted,

| *For Plaintiff:* | *For Credit Karma:* |
|---|---|
| <u>/s/Guerino Cento</u> | <u>/s/ Shannon O'Connell Egan (with permission)</u> |
| Guerino Cento | |
| CENTO LAW | Shannon O'Connell Egan (31954-29) |
| 5666 Carrollton Avenue | DINSMORE & SHOHL LLP |
| Indianapolis, IN 46220 | 255 East Fifth Street, Suite 1900 |
| 317-908-0678 | Cincinnati, OH 45202 |
| cento@centolaw.com | Tel: (513) 977-8261 |
| | Fax: (513) 977-8141 |
| | Email: shannon.egan@dinsmore.com |

SO ORDERED:

_____

United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed electronically on June 23, 2026, with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to all counsel of record.

*/s/Guerino Cento*
Guerino Cento