United States District Court
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| **Easton Fields**, | Case No. 1 :26-cv-00139-TWP-MJD |
| Plaintiff, | |
| v. | |
| **Trans Union, LLC**; **Equifax Information Services, LLC**; **Experian Information Solutions, Inc.**; **Credit Karma**; **Capital One**; **Discover Bank**; **JP Morgan Chase Bank;** and **Weltman, Weinberg, and Reis**, | |
| Defendants. | |

## STIPULATION OF DISMISSAL
## AS TO CREDIT KARMA

Plaintiff Easton Fields and Defendant Credit Karma ("**Credit Karma**"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Credit Karma, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). By agreement, each party is to bear its own fees and costs.

Respectfully submitted,

*For Plaintiff:*

/s/Guerino Cento
Guerino Cento
CENTO LAW
5666 Carrollton Avenue
Indianapolis, IN 46220
317-908-0678
cento@centolaw.com

*For Credit Karma:*

/s/ Shannon O'Connell Egan (with permission)
Shannon O'Connell Egan (31954-29)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Tel: (513) 977-8261
Fax: (513) 977-8141
Email: shannon.egan@dinsmore.com

SO ORDERED:

Date: 6/24/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF

2