**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| EASTON FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-00139-TWP-MJD |
| v. | ) | |
| | ) | Honorable Tanya Walton Pratt |
| TRANS UNION, LLC; EQUIFAX | ) | |
| INFORMATION SERVICES, LLC; EXPERIAN | ) | Magistrate Judge Mark J. Dinsmore |
| INFORMATION SOLUTIONS, INC.; CREDIT | ) | |
| KARMA; CAPITAL ONE; DISCOVER BANK; | ) | |
| JPMORGAN CHASE BANK; and WELTMAN, | ) | |
| WEINBERG, AND REIS, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CAPITAL ONE N.A'S MOTION TO EXCUSE**
**ATTENDANCE OF CORPORATE OFFICER AT THE SETTLEMENT CONFERENCE**

Defendant Capital One N.A., individually and as successor by merger to Discover Bank, incorrectly named as "Capital One" and "Discover Bank" ("Capital One"), by counsel respectfully requests that the Court enter an order excusing the attendance of a Capital One representative at the settlement conference currently scheduled for August 7, 2026, and states as follows:

1.      On April 22, 2026, the Court entered an Order directing the parties to participate in a Settlement Conference scheduled for August 7, 2026. (ECF No. 51.) That Order provides that "clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel." *Id.* The stated purpose of this requirement is "to have in attendance a representative who has the authority to exercise discretion to settle the case during the settlement conference without consulting someone else who is not present." *Id.*

2.      The Order further requires that "an officer (President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity that is a party" attend the settlement conference unless excused by written order of the Court. *Id.*

3.      Capital One respectfully requests that the Court excuse it from the corporate officer attendance requirement. In the alternative, Capital One will ensure that both counsel and a company representative—who will be familiar with these proceedings and vested with <u>full</u> authority to reach a binding settlement up to Plaintiff's latest demand, without the need to consult with anyone not present—will attend.

4.      Capital One therefore asks the Court to dispense with the corporate officer attendance requirement. Capital One's counsel and representative will be positioned to meaningfully engage in settlement discussions and make best efforts to achieve an amicable resolution, without any delay or disruption to the conference.

5.      This request is made in good faith and not for any improper purpose. Granting Capital One's request will not prejudice any party.

6.      Counsel for Plaintiff and counsel for co-Defendants do not oppose this request.

WHEREFORE, Defendant Capital One N.A., individually and as successor by merger to Discover Bank, incorrectly sued as "Capital One" and "Discover Bank," respectfully request that the Court excuse the attendance of a corporate officer at the August 7, 2026, Settlement Conference.

Dated: June 25, 2026                           Respectfully submitted,

                                               CAPITAL ONE, N.A., individually and as successor
                                               by merger to DISCOVER BANK

                                               By: <u>/s/ Nicholas Vera</u>
                                               One of its attorneys

Jeffrey D. Pilgrim
Nicholas Vera
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Ph. (312) 470-6222
Fax (312) 939-0983
jpilgrim@pilrgrimchristakis.com
nvera@pilgrimchristakis.com

## CERTIFICATE OF SERVICE

Nicholas Vera, an attorney, certifies that on June 25, 2026, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Nicholas Vera