UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EASTON FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00139-TWP-MJD |
| | ) | |
| EQUIFAX INFORMATION SERVICES,  LLC, | ) | |
| CAPITAL ONE, | ) | |
| DISCOVER BANK, | ) | |
| JP MORGAN CHASE BANK, | ) | |
| WELTMAN, WEINBERG, AND REIS, | ) | |
| | ) | |
| Defendants. | ) | |

**SCHEDULING ORDER**

This matter is currently set for a telephonic Status Conference on Thursday, July 2, 2026

at 1:00 p.m.  [Dkt. 69.]  Due to a scheduling conflict, the Court hereby *sua sponte*

**RESCHEDULES** the telephonic Status Conference for **Thursday, July 2, 2026, at 9:30 a.m.**

**(Eastern)**.  The parties are instructed to use the same call-in information provided at Docket No.

87 for the 9:30 a.m. call.

SO ORDERED.

Dated:  1 JUL 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email