UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EASTON FIELDS,                      )
                                    )
            Plaintiff,              )
                                    )
      v.                            )        No. 1:26-cv-00139-TWP-MJD
                                    )
TRANS UNION, LLC, et al.,           )
                                    )
            Defendants.             )


**MINUTE ENTRY FOR JULY 2, 2026**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**


The parties appeared by counsel for a telephonic Status Conference.  The parties

discussed the status of and future plans for discovery, as well as the parties' readiness for the

upcoming settlement conference.  The conference concluded without further order.


Dated:  2 JUL 2026          _____
                            Mark J. Dinsmore
                            United States Magistrate Judge
                            Southern District of Indiana


Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.