UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

EASTON FIELDS,                                    )
                                                  )
                    Plaintiff,                    )
                                                  )
        v.                                        )      No. 1:26-cv-00139-TWP-MJD
                                                  )
TRANS UNION, LLC,                                 )
EQUIFAX INFORMATION SERVICES,  LLC,               )
EXPERIAN INFORMATION SOLUTIONS, INC,              )
CREDIT KARMA,                                     )
CAPITAL ONE,                                      )
DISCOVER BANK,                                    )
JP MORGAN CHASE BANK,                             )
WELTMAN, WEINBERG, AND REIS,                      )
                                                  )
                    Defendants.                   )

**ORDER**

This matter comes before the Court on Defendant Capital One N.A.'s Motion to Excuse

Attendance of Corporate Officer at the Settlement Conference [Dkt. 89.] The motion requests

relief from the Court's requirement that "unless excused by written order of the court,…an officer

(President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity

that is a party, shall attend the settlement conference." [Dkt. 51 at 2.]  That motion is

**GRANTED IN PART** and **DENIED IN PART**.  Defendant Capital One N.A. is excused from

having an officer of the corporation present, in person, for the telephonic settlement conference,

so long as the following conditions are satisfied:  (1) Defendant Capital One N.A. must be

represented at the telephonic settlement conference by an individual, other than its counsel of

record in this case, with the complete, independent and discretionary authority to settle the case,

in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement

demand, as required by the Court's order setting the settlement conference, [Dkt. 51 at 1-2 & n.1]; (2) an individual must be present, in person, for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendant Capital One N.A., which individual may be its counsel of record; and (3) a corporate officer of Defendant Capital One N.A. must be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge.  In the event Defendant Capital One N.A. cannot or will not comply with the above stated conditions, then Defendant Capital One N.A.'s motion is denied.

SO ORDERED.

Dated:  6 JUL 2026

_____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.